HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
GAVIN P. ANDERSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>GAVIN P. ANDERSON,<br>Defendant. | Case No. 1:26-cr-00173-JLT<br><br>**MOTION TO MODIFY BRIEFING SCHEDULE; ORDER** |

Defendant Gavin Anderson, through undersigned counsel, hereby respectfully moves this Court for a three-week extension to file his initial brief. For the following good cause, Mr. Anderson respectfully requests an extension through December 21, 2026.[1]

On October 2, 2026, a briefing schedule was filed pursuant to Local Rule 422. ECF No. 2. The schedule currently requires the initial brief be filed within twenty-one days after receipt of the requested transcripts, the response brief twenty-one days after the initial brief, and any reply brief seven days after the response brief. As the schedule provides, "[t]hese periods may be altered

[1] Undersigned counsel contacted the assigned Assistant United States Attorney regarding a request to modify the briefing schedule and received an automatic response stating he is on leave with intermittent availability. Given the intervening holiday and the fact that this request, if granted, would shift the briefing schedule, undersigned counsel would not oppose a request from the government to continue the response brief deadline.

by the assigned Judge upon application of the parties or sua sponte." *Id.*

The final transcript was filed on the docket in case 6:25-po-00452-HBK on November 9, 2026, thus setting the Appellant's brief deadline as November 30, 2026. The transcripts were delivered early while undersigned counsel was on leave. Upon return, undersigned counsel became ill and had to take additional leave as she was required to visit the emergency room on November 19, 2026. In light of additional new case assignments, this loss of time was especially detrimental. A three-week continuance would be critical in ensuring effective representation. Accordingly, Mr. Anderson respectfully requests that his initial brief deadline be continued to December 21, 2026.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 24, 2026

*/s/ Lisa N. Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
GAVIN ANDERSON

## ORDER

**IT IS SO ORDERED.** Mr. Anderson's initial brief currently scheduled for November 30, 2026, is hereby continued to December 21, 2026.

DATED: November 25, 2026

Jennifer L. Thurston
Hon. Jennifer L. Thurston
United States District Judge